

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Moore Freight Services, Inc., Charles "Chip" Strader, and XMEX Transports, L.L.C., | § | No. 08-14-00254-CV |
| | § | Appeal from the |
| Appellants, | § | 168th District Court |
| v. | § | of El Paso County, Texas |
| Lorena Munoz, Ind. and on Behalf of the Est. of Lorenzo Munoz, and as N/F of CM, a Minor Child, Leslie Munoz, Virginia Munoz, Jessica Lopez, as N/F of AF and JL, Minor Children and heirs to the Est. of Roger Franceware, Dec., Rosa Franceware, Ind., | § | (TC# 2010-4169) |
| | § | |
| | § | |
| | § | |
| Appellees. | § | |
| | § | |

**O R D E R**

The Court GRANTS Appellee Rosa Franceware, Ind.'s third motion for extension of time within which to file the brief until **December 29, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE APPELLEE ROSA FRANCEWARE, IND.'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Stewart W. Forbes, the attorney for Appellee Rosa Franceware, Ind., prepare the brief and forward the same to this Court on or before December 29, 2015.

IT IS SO ORDERED this 30th day of November, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.
(Hughes, J., not participating)